PIERSON & COMPANY, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket 21340. Promulgated June 18, 1928.

*Lyle T. Alverson, Esq.,* for the petitioner.
*Frank S. Easby-Smith, Esq.,* for the respondent.

OPINION.

ARUNDELL: The facts in this case are on all fours with those in the case of the *Ocean Accident & Guarantee Corporation, Ltd.*, 6 B. T. A. 1045, in which, on the authority of *Bowers* v. *New York & Albany Lighterage Co.*, 273 U. S. 346, we held that collection of 1917 taxes was barred. See also *Earle C. Emery*, 9 B. T. A. 328.

*Judgment of no deficiency will be entered.*